## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| U. S. HOME CORPORATION ) | |
| ) | |
| Plaintiff/Counterdefendant, ) | |
| ) | |
| v. ) | |
| ) | |
| LENNAR CORPORATION, ) | |
| ) | |
| Counterdefendant, ) | |
| ) | Civil Action No. PX-18-2428 |
| ) | |
| SETTLERS CROSSING L.L.C. et al ) | |
| ) | |
| Defendants/Counterplaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| STEVEN B. SANDLER ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

On July 25, 2018, a "Joint Motion to Quash Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action" (the "Joint Motion") was filed by the law firms Goodell DeVries Leech and Dann, LLP; Greenberg Traurig LLP; Lowenstein Sandler LLP; O'Melveny & Myers, LLP; Rosenberg Martin Greenberg LLP; and Womble Bond Dickinson (US) LLP (collectively, the "Firms"). ECF No. 1.[1]  The Firms lodged their motion after iStar Financial, Inc. ("iStar") had subpoenaed their records, arguing that they were relevant to iStar's fee petition filed in the case of *U.S. Home Corporation v. Settlers Crossing, L.L.C. et al*, Case No. PX-08-1863. *Id.*  On August 15, 2018, iStar filed its Opposition to the Joint Motion.   ECF No. 10.

---

[1] The instant case was originally filed in the U.S. District Court for the District of Columbia.  On August 3, 2018, Defendant O'Melveny & Meyers LLP moved to have the matter transferred to this District, was granted on August 7, 2018 following iStar's consent. (ECF No. 5).  On August 9, 2018, the case was officially docketed in this District. (ECF No. 6).

The Joint Motion is virtually identical to a Motion to Quash filed by the Firms[2] on May 29, 2015 in Case No. PX-08-1863 ("Fee Petition Case"). *See* ECF No. 757.  In that case, on September 10, 2015, the Honorable William Connelly granted the Firms' Motion to Quash on the grounds that iStar's subpoenas were premature. *See Fee Petition Case,* ECF No. 774.

On October 16, 2019, the undersigned issued a Report and Recommendation ("R&R") in the Fee Petition Case, which recommended granting in part and denying in part, iStar's motion for attorneys' fees, costs, and expenses. *See id.,* ECF No. 860.

On March 22, 2019, the Honorable Paula Xinis filed a Memorandum Opinion and Order in the Fee Petition Case, adopting, in large part, the undersigned's R&R and awarding iStar attorneys' fees in the amount of $12,058,068.52.  *See id.,* ECF Nos. 876, 877.  Thus, absent any actionable controversy, there is no longer a need for this Court to address the issues presented by the Joint Motion in the instant case.

Accordingly, it is this **28th** day of March, 2019, hereby ORDERED that the Firms' Joint Motion, ECF No. 1, is **DENIED AS MOOT**.

/s/
The Honorable Gina L. Simms
United States Magistrate Judge

---

[2] At that time, Womble Bond Dickinson was known as Womble Caryle Sandridge and Rice LLP (US).